JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SHULTS, <br>         Petitioner, <br>    v. <br> UNITED STATES OF AMERICA, <br>         Respondent. | Case No.  8:19-CV-00587-JLS <br><br> **JUDGMENT** |
| JOSEPH HAYMORE, <br>         Petitioner, <br>    v. <br> UNITED STATES OF AMERICA, <br>         Respondent. | Case No.  8:19-CV-00361-JLS <br><br> **JUDGMENT** |
| PAUL LICAUSI, <br>         Petitioner, <br>    v. <br> UNITED STATES OF AMERICA, <br>         Respondent. | Case No.  8:19-CV-00416-JLS <br><br> **JUDGMENT** |
| SYLVIA MELKONIAN, <br>         Petitioner, <br>    v. <br> UNITED STATES OF AMERICA, <br>         Respondent. | Case No.  8:19-CV-02095-JLS <br><br> **JUDGMENT** |

1   IT IS ADJUDGED that the petitions in the above-captioned matters are
2   dismissed, and the actions are dismissed with prejudice.
3   The Clerk shall close these cases.
4   **DATED:  November 4, 2020**



    _____
    Hon. Josephine L. Staton
    United States District Judge